UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-07931-CBM-MAR Date: July 30, 2026

Title: Edward Macklin v. People of The State of California

EPresent: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On August 5, 2026 Plaintiff, proceeding pro se, filed this Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C § 1983. ECF Docket No. ("Dkt.") 1. The court issued a Notice indicating that Petitioner has failed to pay the filing fee or file a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support form (CV-60P). Dkt. 2. The notice warned that failure to respond within thirty days may result in the action being dismissed. No response has been received. Accordingly, Plaintiff is ordered to show cause in writing **within twenty-eight (28) days** of this Order, by **August 24, 2026,** why this action should not be dismissed under Rule 41(b) for failure to prosecute. See Fed. R. Civ. P. 41(b).

The Court will consider any of the following four options to be an appropriate response to this OSC:

1. Plaintiff shall pay the filing fee;
2. Plaintiff shall file a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support form (CV-60P); or
3. Plaintiff may request a voluntarily dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a). The clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.

**Failure to respond to the Court's Order will result in the dismissal of the action.**

**IT IS SO ORDERED.**

:

**Initials of Preparer** ev